IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JORGE E. PINA | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv322 |
| TRAVIS LYNN | § | |

ORDER OF DISMISSAL

Plaintiff Jorge E. Pina, formerly confined in the Smith County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation (Dkt. #27) concluding that the lawsuit should be dismissed for want of prosecution and failure to obey an order. As of today, Mr. Pina has neither responded to the Report nor complied with the order (Dkt #25). The case should thus be dismissed for want of prosecution and failure to obey an order.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections being raised by Mr. Pina to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice for want of prosecution and failure to obey an order of the court. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 11 day of **March, 2019.**

Thad Heartfield
United States District Judge